NUMBER
13-09-00362-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

ANTONIO
GALLEGOS MORALES,                                            Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 138th District Court 

of Cameron County,
Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

Before Chief Justice Valdez and
Justices Yañez and Garza        Memorandum Opinion Per Curiam

 

Appellant,
Antonio Gallegos Morales, was convicted of possession of marijuana.  On June 11,
2009, appellant filed a notice of appeal by and through his appointed counsel. 
Appellant’s counsel has filed an amended motion to dismiss the appeal. 
According to the motion, appellant does not desire to prosecute the appeal and
was concerned about a possible retrial and increased sentence.  Before
appellant was able to sign a motion to dismiss the appeal, appellant was
paroled and deported to Mexico.  Counsel can no longer locate appellant. 

Although
no written motion has been filed in compliance with Rule 42.2(a) of the Texas
Rules of Appellate Procedure, we conclude that good cause exists to suspend the
operation of Rule 42.2(a) in this case in accordance with Rule 2.  See Tex. R. App. P. 2.  Based upon
counsel’s sworn statements, counsel’s motion is granted and the appeal is
DISMISSED.    

 

PER
CURIAM

Do not publish.  

Tex. R. App.
P. 47.2(b).  

Delivered and filed the

15th day of July, 2010.